

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        v.<br>        PLAINTIFF<br><br>Bolanos, Blanca Estela<br>        DEFENDANT(S). | CASE NUMBER<br><br>SA11-192-M-1<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Monday 4/25/11___, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: ___4/22/11___          _____
                              ROBERT N. BLOCK
                              U.S. District Judge/Magistrate Judge